# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

Electronically FILED by Superior Court of California, County of Los Angeles 8/13/2024 3:44 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Mercer, Deputy Clerk

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
TARGET CORPORATION, and DOES 1 through 100, Inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
SMARO ZORBAS;

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California* (www.sucorte.ca.gov), *en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services,* (www.lawhelpcalifornia.org), *en el Centro de Ayuda de las Cortes de California,* (www.sucorte.ca.gov) *o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER
*(Número del Caso):*
24LBCV01708

GOVERNOR GEORGE DEUKMEJIAN COURTHOUSE
275 Magnolia
Long Beach, CA 90802

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MITCHELL P. BECK CA BAR NO: 292349 LAW OFFICES OF LARRY H. PARKER, INC.
350 East San Antonio Drive (866) 537-2488
Long Beach, CA 90807-0948

DATE: 08/13/2024 David W. Slayton, Executive Officer/Clerk of Court Clerk, by J. Mercer, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* Target Corporation
under:
   - ☑ CCP 416.10 (corporation)
   - ☐ CCP 416.20 (defunct corporation)
   - ☐ CCP 416.40 (association or partnership)
   - ☐ other *(specify):*
   - ☐ CCP 416.60 (minor)
   - ☐ CCP 416.70 (conservatee)
   - ☐ CCP 416.90 (authorized person)
4. ☐ by personal delivery on *(date):*

**THE LAW OFFICES OF LARRY H. PARKER INC.**
MITCHELL P. BECK, State Bar No. 292349
350 East San Antonio Drive
Long Beach, CA 90807
Telephone: 866-537-2488
Facsimile: 562-490-9855
Email: case@larryhparker.com

**Electronically FILED by Superior Court of California, County of Los Angeles 8/13/2024 3:44 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Mercer, Deputy Clerk**

Attorneys for Plaintiff Smaro Zorbas

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| SMARO ZORBAS;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 24LBCV01708<br><br>**COMPLAINT FOR DAMAGES FOR**<br><br>**1. NEGLIGENCE**<br>**2. NEGLIGENCE PER SE**<br>**3. STATUTORY LIABILITY; AND**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Smaro Zorbas alleges:

1. At all times herein mentioned, plaintiff Smaro Zorbas was and is a competent adult residing in the City of Long Beach, County of Los Angeles, California.

2. Plaintiff is unsure of the legal capacity of defendant Target Corporation, whether corporate, dba, partnership, joint venture or otherwise, and will seek leave to amend this complaint at such time as same is discovered or will disclose same through discovery.

3. The true names and capacities of the defendants sued herein as Does 1 through 100, Inclusive, are unknown to plaintiff who therefore sues said defendants by such fictitious names.



THE LAW OFFICES OF LARRY H. PARKER INC.
350 East San Antonio Drive
Long Beach, CA 90807
Tel: 866-537-2488
Fax: 562-490-9855

Plaintiff is informed and believes and thereon alleges that each of the defendants herein designated as a Doe is legally responsible in some manner for the events and happenings herein referred to and caused injury and damages to plaintiff as herein alleged.

4. At all times alleged herein each defendant was the agent and employee of each of his codefendants, and in doing the things herein described was acting within the scope of his authority as such agent and employee.

5. At all times herein mentioned, defendants, and each of them, were in possession of, owned, operated, maintained, managed and/or controlled certain premises known as Target located at 2270 North Bellflower Boulevard. City of Long Beach, County of Los Angeles, California.

6. At all times herein mentioned, defendants, and each of them, carelessly and negligently owned, operated, repaired, maintained, managed and/or controlled said premises in a dangerous, defective and unsafe condition and in particular, the floor thereon, so that it was unsafe and dangerous to persons walking on said floor, such as and including plaintiff. Defendants, and each of them, failed to warn plaintiff of said dangerous, defective and unsafe condition although they knew, or in the exercise of ordinary care, should have known, of the existence of dangerous obstacles on said floor, and were a danger to people walking on said floor, such as plaintiff.

7. On or about September 20, 2022, while plaintiff was walking in defendants' premises, plaintiff slipped on the wet floor and fell, causing plaintiff serious and severe injuries as hereinafter alleged.

8. As a proximate result of said conduct of defendants, and each of them, plaintiff sustained personal injuries which caused and will continue to cause pain, discomfort and physical disability, to plaintiff's general damage in an amount according to proof.

9. As a further proximate result of said conduct of defendants, and each of them, plaintiff employed and will employ in the future physicians, surgeons and others for examination, treatment and care, and thereby incurred and will incur medical and incidental expense, the exact amount of which is unknown at this time and plaintiff will offer proof thereof at the time of trial.

THE LAW OFFICES OF LARRY H. PARKER INC.
350 East San Antonio Drive
Long Beach, CA 90807
Tel: 866-537-2488
Fax: 562-490-9855

10. At the time of the described improper conduct of defendants, and each of them, plaintiff was gainfully employed for compensation, and as a further cause of defendants' conduct, and each of them, plaintiff has been and, in the future, will be deprived of earnings, the exact amount of which is unknown at this time, and plaintiff will offer proof thereof at the time of trial.

WHEREFORE, judgment is prayed for against defendants, and each of them, as follows:

1. General damages according to proof;

2. Medical and related expenses, past and future, according to proof;

3. Loss of earnings, past and future, in a sum according to proof;

4. Loss of income from impaired earning capacity, past and future, according to proof;

5. For prejudgment interest pursuant to Civil Code §3291;

6. Costs of suit incurred herein; and

7. For such other relief as may be appropriate.

Dated: 8/13/2024

DocuSigned by:
Mitchell P. Beck
3896EB1E018A417

MITCHELL P. BECK, A Member of
THE LAW OFFICES OF LARRY H. PARKER, INC.
Attorneys for Plaintiff Smaro Zorbas

THE LAW OFFICES OF LARRY H. PARKER INC.
350 East San Antonio Drive
Long Beach, CA 90807
Tel: 866-537-2488
Fax: 562-490-9855

THE LAW OFFICES OF LARRY H. PARKER INC.
350 East San Antonio Drive
Long Beach, CA 90807
Tel: 866-537-2488
Fax: 562-490-9855

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues triable by jury.

Dated: 8/13/2024

DocuSigned by:
Mitchell P. Beck

MITCHELL P. BECK, A Member of
THE LAW OFFICES OF LARRY H. PARKER, INC.
Attorneys for Plaintiff Smaro Zorbas