JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SMARO ZORBAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:24-cv-09218-MWF-SSC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST DEFENDNT TARGET CORPORATION** |

　　　The Court has reviewed the parties' Stipulation for Dismissal of Complaint Against Defendant Target Corporation.  (Docket No. 24).  For good cause shown, the Stipulation is GRANTED.  This action is DISMISSED with prejudice.

　　　IT IS SO ORDERED.

Dated:  September 10, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge